UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMBER SMITH, ALICE MINTZ, and CATHERINE RAHIMIAN, Individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>   -against-<br><br>YOTO, INC.,<br><br>         Defendant. | Case No. 1:25-cv-00295 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  As discussed at the parties' initial pre-trial conference, Defendant's letter-motion for a stay shall be filed by **April 23, 2025**. Plaintiffs' opposition shall be due by **April 29, 2025**. The parties shall appear before the Court for a hearing via video conference on Microsoft Teams on the motion to stay on **May 6, 2025 at 10 a.m**. Counsel will receive login credentials at the email addresses on the docket. The public listen-only line may be accessed by dialing 646-453-4442 | phone conference ID: 935 308 452#.

Dated: April 16, 2025
   New York, New York

                  SO ORDERED.

                  *Jennifer Rochon*
                  JENNIFER L. ROCHON
                  United States District Judge