UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMBER SMITH, ALICE MINTZ, and CATHERINE RAHIMIAN, Individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>  -against-<br><br>YOTO, INC.,<br><br>       Defendant. | Case No. 1:25-cv-00295 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  On April 4, 2025, Defendant moved to dismiss Plaintiffs' complaint. Dkt. 23. During the Initial Pretrial Conference on April 16, 2025, the Plaintiffs indicated their intent to file an amended complaint, which was thereafter filed on April 18, 2025. Dkt. 26. The Court held that such an amended complaint mooted the pending motion to dismiss and Defendant indicated that it would file a motion to dismiss the amended complaint no later than May 9, 2025. Dkt. 28.

  Defendant moved to stay discovery during the pendency of its anticipated motion to dismiss. *Id.* Plaintiffs do not object to a brief stay of party discovery pending the resolution of Defendant's anticipated motion to dismiss. Dkt. 30.

  The Court shall grant the parties' request for a stay of party discovery pending a decision on Defendant's motion to dismiss. The May 6, 2025 conference is adjourned and the parties shall submit a proposed revised case management plan 21 days after the Court issues a ruling on Defendant's anticipated motion. Should an additional conference be necessary, the Court will schedule one.

1

      The Clerk of Court is respectfully requested to terminate the motions at Dkts. 23 and 28.

Dated: April 30, 2025
       New York, New York

                                            SO ORDERED.

                                            JENNIFER L. ROCHON
                                            United States District Judge